**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 10-21517-CIV-HUCK**

JOHN DOE,

     Plaintiff

v.

EJERCITO DE LIBERACION NACIONAL,
a/k/a ELN, a/k/a National Liberation Army,
and FUERZAS ARMADAS
REVOLUCIONARIOS DE COLOMBIA,
 a/k/a FARC, a/k/a REVOLUTIONARY
ARMED FORCES OF COLOMBIA,

     Defendants.





/

**DEFAULT FINAL JUDGMENT**

Pursuant to the Order Granting Motion for Entry of Default Judgment, it is hereby

ORDERED that Plaintiff is awarded compensatory damages in the amount of $16,800,000

against Defendants National Liberation Army (ELN) and Revolutionary Armed Forces of Colombia

(FARC), jointly and severally, punitive damages in the amount of $10,000,000 against ELN, and

punitive damages in the amount of $10,000,000 against FARC. The Court reserves jurisdiction over

appropriate motions for attorney fees and costs. The Clerk of the Court is directed to mark this case

CLOSED and DENY all pending motions as moot.

DONE and ORDERED in Chambers, Miami, Florida, January 5, 2012.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record