# **EXHIBIT D**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21517-CIV-HUCK

JOHN DOE,

    Plaintiff

v.

EJERCITO DE LIBERACION NACIONAL,
a/k/a ELN, a/k/a National Liberation Army,
and FUERZAS ARMADAS
REVOLUCIONARIOS DE COLOMBIA,
a/k/a FARC, a/k/a REVOLUTIONARY
ARMED FORCES OF COLOMBIA,

    Defendants, and

SSM Petcoke LLC,

    Garnishee.
_____/

## NOTICE OF WRIT OF GARNISHMENT IN COMPLIANCE WITH FLORIDA STATUTES 77.055 AND CERTIFICATE OF SERVICE

TO:    Petrocedeño S.A.
       Francisco Solano Lopez Ave.
       Calle Negrin, Business Center Building
       Distrito Metropolitano, 1073
       Caracas, Venezuela

       PDVSA Petrocedeño S.A.
       Edificio Petroleos De Venezuela, Torre Este, Piso 9
       Avenida Libertador con calle El Empalme, La Campina
       Caracas, Venezuela 1010

       PDVSA Petrocedeño S.A.
       Torre Este Piso 9
       Edif Petroleos de Venezuela, Avenida Libertador
       Urb La Campina
       Caracas, Distrito Federal, Venezuela

       Petrocedeño S.A.
       Av. Francisco Solano
       Centro Empresarial Sabana Grande, Piso PH
       Sabana Grande, Caracas 1050

Venezuela

Petrocedeño S.A.
Calle Cali
EDIF PAWA Piso 6, OF General
URB. Las Mercedes, Caracas 1060
Venezuela

Petrocedeño S.A.
URB. La Campina
Avda Libertdaor
Calle El Empalme Edif. Petroleos De Venezuela
Caracas, Torre Este 1060
Venezuela

In compliance with Florida Statutes 77.055, the Plaintiff, JOHN DOE, by and through (its) (her) (his) undersigned counsel hereby certifies:

1. That a Writ of Garnishment issued by the above Court has been served upon the above-named Garnishee, SSM PETCOKE LLC. A copy of the Writ of Garnishment is attached hereto and incorporated herein by reference.

2. That;

(Place an "X" on the line below that applies)

__X__ The garnishee named hereinabove has filed an answer to the above writ of garnishment and a copy of same is attached hereto and incorporated herein by reference;

_____ The garnishee named hereinabove has not filed an answer in the above cause and as a result the Plaintiff shall be seeking a default against the garnishee for failure to respond, and a final order of garnishment.

1. That you are hereby notified that you must move to dissolve the Writ of Garnishment within the time period set forth in Florida Statute 77.07(2), that is twenty days from the date of the service of this notice, or be defaulted.

I HEREBY CERTIFY, that a true and correct copy of this notice and attachments (if any) described below was mailed to Petrocedeño SA at the above addresses this 30th day of August, 2019.*

I FURTHER CERTIFY that on August 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        **do Campo & Thornton, P.A.**
        Chase Bank Building
        150 S.E. 2nd Ave, Suite 602
        Miami, Florida 33131
        Telephone: (305) 358-6600
        Facsimile: (305) 358-6601

        By: *s/ John Thornton*
           John Thornton
           Florida Bar No. 004820
           jt@dandtlaw.com

(Place an "X" on the blank line below which applies.)
 X   Exhibit #1 Copy of Writ of Garnishment is attached
 X   Exhibit #2 Copy of Garnishee Answer is attached
 X   Exhibit #3 Copy of Motion for Writ of Garnishment
cc: Garnishee

*If the garnishee has indicated that there are other parties on the bank account in issue, (if applicable), then a similar notice has been mailed to the named parties on the account as indicated in the Garnishee's Answer at the address indicated on the Garnishee's Answer, and if no address is noted then mailed to the additional parties named at the Defendant(s) last known address indicated in certificates of service filed in this matter.



```
==========================================
                 METRO NEW
           150 SE 2ND AVE STE 103
            MIAMI, FL 33131-9997
                115884-0135
                (800)275-8777
            08/30/2019 01:46 PM
==========================================
==========================================
------------------------------------------
Product              Qty    Unit     Price
                            Price
------------------------------------------
First-Class Intl      1    $3.18    $3.18
Large Envelope
    (International)
    (Venezuela)
    (Weight:0 Lb 1.70 Oz)
First-Class Intl      1    $3.18    $3.18
Large Envelope
    (International)
    (Venezuela)
    (Weight:0 Lb 1.70 Oz)
First-Class Intl      1    $3.18    $3.18
Large Envelope
    (International)
    (Venezuela)
    (Weight:0 Lb 1.70 Oz)
First-Class Intl      1    $3.18    $3.18
Large Envelope
    (International)
    (Venezuela)
    (Weight:0 Lb 1.70 Oz)
First-Class Intl      1    $3.18    $3.18
Large Envelope
    (International)
    (Venezuela)
    (Weight:0 Lb 1.70 Oz)
First-Class Intl      1    $3.18    $3.18
Large Envelope
    (International)
    (Venezuela)
    (Weight:0 Lb 1.70 Oz)
------------------------------------------
Total:                              $19.08
------------------------------------------

------------------------------------------
Credit Card Remitd                  $19.08
    (Card Name:MasterCard)
    (Account #:XXXXXXXXXXXX8048)
    (Approval #:08555G)
    (Transaction #:310)
    (AID:A0000000041010        Chip)
    (AL:MASTERCARD)
    (PIN:Not Required)
------------------------------------------

             Preview your Mail
```